TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00683-CR

Joseph Edward Looze, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 95-1546-1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a conviction for driving while intoxicated. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion
is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 

Before Justices Powers, Jones and B. A. Smith

Dismissed On Appellant's Motion

Filed: March 20, 1996

Do Not Publish